IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRANDON FRITTS  PLAINTIFF
ADC #120999

v.  No: 5:16-cv-141-DPM

WENDY KELLEY, Director, Arkansas Department
of Correction; DALE REED, Deputy Director,
ADC; RANDY WATSON, Warden, Varner/
Varner Supermax; DOES, VSM Director Review
Committee, VSM Classification Committee,
FLORIA WASHINGTON, Classification Officer,
Varner SuperMax; CURTIS MEINZER, Deputy Warden,
Varner SuperMax; MOSES JACKSON, Deputy Warden,
Varner SuperMax; JEREMY ANDREWS, Deputy
Warden, Varner SuperMax; BILLY INMAN,
Deputy Warden, Varner SuperMax; and CHRIS
BUDNIK, Deputy Warden, Varner SuperMax  DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Fritts hasn't updated his address; and the time to do so has passed. № 44. Fritts's complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 March 2017