IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRANDON FRITTS                                                                              PLAINTIFF
ADC #120999

v.                                    No: 5:16-cv-141-DPM

WENDY KELLEY, Director, Arkansas
Department of Correction; DALE REED,
Deputy Director, ADC; RANDY WATSON,
Warden, Varner/Varner Supermax;
DOES, VSM Director Review Committee,
VSM Classification Committee, FLORIA
WASHINGTON, Classification Officer,
Varner SuperMax; CURTIS MEINZER,
Deputy Warden, Varner SuperMax;
MOSES JACKSON, Deputy Warden,
Varner SuperMax; JEREMY ANDREWS,
Deputy Warden, Varner SuperMax; BILLY
INMAN, Deputy Warden, Varner SuperMax;
and CHRIS BUDNIK, Deputy Warden,
Varner SuperMax                                                                              DEFENDANTS

## JUDGMENT

Fritts's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

31 March 2017