IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| BRANDON FRITTS #1084818 | PLAINTIFF |
| v.    No: 5:16-cv-141-DPM | |
| WENDY KELLEY, Director, Arkansas Department of Correction; DALE REED, Deputy Director, ADC; RANDY WATSON, Warden, Varner/ Varner Supermax; FLORIA WASHINGTON, Classification Officer, Varner SuperMax; CURTIS MEINZER, Deputy Warden, Varner SuperMax; MOSES JACKSON, Deputy Warden, Varner SuperMax; JEREMY ANDREWS, Deputy Warden, Varner SuperMax; BILLY INMAN, Deputy Warden, Varner SuperMax; and CHRIS BUDNIK, Deputy Warden, Varner SuperMax | DEFENDANTS |

ORDER

1. Joint motion, *Doc. 146*, granted. The 31 August 2020 trial is canceled; and the Amended Final Scheduling Order, *Doc. 132*, is suspended. The Court will reset the trial, if necessary, after ruling on the pending recommendation, *Doc. 141*.

2. The Court notes Fritts's objection about considering qualified immunity. *Doc. 144 at 1–2*. The parties' briefs on summary judgment cover the first slice of the analysis—whether there was a violation of a constitutional right. If the parties want to be heard on the clearly

established slice, then they may file simultaneous briefs on 7 August 2020. No extensions will be granted.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 July 2020