IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRANDON FRITTS                                                                PLAINTIFF
#1084818

v.                              No: 5:16-cv-141-DPM

DEXTER PAYNE, Director, Arkansas Division
of Correction;   DALE REED, Deputy Director,
ADC;   RANDY WATSON, Warden, Varner/
SuperMax;   DOES, VSM Director
Review Committee, VSM Classification
Committee;   FLORIA WASHINGTON,
Classification Officer, Varner SuperMax;
CURTIS MEINZER, Deputy Warden, Varner
SuperMax;   MOSES JACKSON, Deputy Warden,
Varner SuperMax;   JEREMY ANDREWS, Deputy
Warden, Varner SuperMax;   BILLY INMAN,
Deputy Warden, Varner SuperMax;   and CHRIS
BUDNIK, Deputy Warden, Varner SuperMax                    DEFENDANTS

JUDGMENT

Fritts's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

4 September 2020