IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRANDON FRITTS                                                                    PLAINTIFF
#1084818

v.                              No: 5:16-cv-141-DPM

DEXTER PAYNE, Director, Arkansas Division
of Correction, *et al.*                                                           DEFENDANTS

## ORDER

1. Appointed counsel's reimbursement request, *Doc. 153*, is allowed in full. LOCAL RULE 83.6(5). The various expenses incurred were reasonable and necessary to the zealous prosecution of this case. The Court has consulted the Clerk, and the Library Fund can afford to reimburse counsel. The Court directs the Clerk to do so and to put a copy of this Order and *Doc. 153* in the Library Fund file maintained by the Clerk.

2. Motion to be relieved, *Doc. 153*, granted. Misty Borkowski and Alexander Clark are relieved as counsel with the Court's thanks.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

10 September 2020